# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1130
_____

NORBERTO GARCIA,

Appellant,

v.

DEPARTMENT OF HEALTH, BOARD
OF NURSING,

Appellee.

_____


On appeal from the Board of Nursing.
Deborah Becker, Chair.

April 2, 2025


PER CURIAM.

AFFIRMED. *See Hall v. Dep't of Health*, 274 So. 3d 1241 (Fla. 1st DCA 2019).

OSTERHAUS, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sara A. Bazzigaluppi of Chapman Law Group, Sarasota, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.